# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 16-cv-02214-WYD-NYW

PAMELA RIETZ,

    Plaintiff,

v.

ORACLE AMERICA, INC., a Delaware corporation,

    Defendant.

_____

## JOINT STIPULATION OF DISMISSAL
_____

Pursuant to the Court's July 20, 2017 Order (Doc. 48), the parties hereby advise the Court that they have reached a settlement during the pendency of arbitration and, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), stipulate to the dismissal of this action with prejudice, each party to bear her or its own attorney fees and costs.

Respectfully submitted:  April 12, 2018

| | |
|---|---|
| s/ Charlotte N. Sweeney | s/Christine Lamb |
| Charlotte N. Sweeney | Christine Lamb |
| Sweeney & Bechtold, LLC | Fortis Law Partners, LLC |
| 650 S. Cherry St., Suite 700 | 1900 Wazee St., Ste. 300 |
| Denver, CO 80246 | Denver, CO 80202 |
| Tel: (303) 863-3733 | Tel: (720) 904-6000 |
| Fax: (303) 865-3738 | Fax: (303) 295-9701 |
| cnsweeney@sweeneybechtold.com | clamb@fortislawpartners.com |
| | |
| Attorneys for Plaintiff | Attorneys for Defendant |

2

## CERTIFICATE OF SERVICE

       I certify that on April 12, 2018, I filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Christine Lamb
Fortis Law Partners, LLC
clamb@fortislawpartners.com

Attorney for Defendant

                                                      *s/DeAnn Carmickle*
                                                    DeAnn Carmickle