IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Civil Action No.     16-cv-02214-WYD-NYW

PAMELA RIETZ,

    Plaintiff,

v.

ORACLE AMERICA, INC., a Delaware corporation,

    Defendant.

## ORDER OF DISMISSAL

THIS MATTER is before the Court on the parties' Joint Stipulation of Dismissal (ECF No. 49), filed April 12, 2018.   In my July 20, 2017 Order (ECF No. 48), I affirmed and adopted the Recommendation of Magistrate Judge Wang (ECF No. 40), and directed the parties to proceed with arbitration of the case, and administratively closed the case, pursuant to D.C.COLO.LCivR 41.2, pending arbitration.

Now, the parties have indicated that they have reached a settlement and stipulate to the dismissal of this case with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, it is hereby

ORDERED that this case is **DISMISSED WITH PREJUDICE,** with each party to bear her or its own attorney's fees and costs. Because the Stipulation resolves all remaining claims in this case, the Clerk of the Court is directed to close the case.

1

Dated: April 13, 2018.

BY THE COURT:

*/s/ Wiley Y. Daniel*
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE